**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>$59,200.00 IN U.S. CURRENCY,<br><br>$4,005.00 IN U.S. CURRENCY,<br><br>ONE 2012 FORD F-350 TRUCK,<br>CA. LICENSE PLATE NO.77352E1<br>VIN: 1FT8W3BT0CEB58789,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　　　Defendants. | Case No. 12cv2138-MMA(JMA)<br><br>**JUDGMENT<br>OF FORFEITURE**<br><br>[Doc. No. 25] |

　　　Having considered the parties' joint motion, the Court **GRANTS** the joint motion and **ORDERS** as follows:

　　　1.　　The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendants, $4,005.00 in U.S. currency and One 2012 Ford F-350 Truck (the Defendant $59,200.00 was previously forfeited by separate order.)

2. The parties have agreed to a settlement which is hereinafter described in its particulars.

### $4,005.00 IN U.S. CURRENCY

3. All of the defendant currency, $4,005.00, shall be returned to the claimants. Claimants agree to provide the information necessary to the United States Marshal to complete the UFMS payment form.

### 2012 FORD F-350 TRUCK

4. The defendant vehicle, one 2012 Ford F-350 Truck, shall be condemned and forfeited to the United States pursuant to Title 21, United States Code, Section 881.

5. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations that the claimants may owe to the United States.

6. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into this joint motion, that they have not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465. All parties shall bear their own costs and expenses, including attorney fees. Judgment shall be entered in favor of the United States on its complaint.

7. Claimants warrant and represent as a material fact that they are the sole owners of the defendant currency and defendant vehicle, and further warrant that no other person or entity has any right, claim or interest in the defendant currency or defendant vehicle, and that they will indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency and defendant vehicle.

8. The claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency and defendant vehicle.

9.   Accurate Carpet Care has withdrawn its claim and answer in this case because it has no separate legal existence from Claimants, individually.

This case is hereby ordered closed.  Let judgment be entered accordingly.

**IT IS SO ORDERED.**

DATED:  October 23, 2013

_____
Hon. MICHAEL M. ANELLO
United States District Judge